USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

LEO RUSS,

                             Defendants.

------------------------------------------------------------ X

19-CR-212 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government has dismissed all charges against Mr. Leo Russ;

IT IS HEREBY ORDERED THAT the jury trial currently scheduled for February 24, 2020, is CANCELLED. All pretrial deadlines, including the final pretrial conference scheduled for February 20, 2020, are also CANCELLED. The Clerk of Court is respectfully directed to dismiss Mr. Russ as a defendant.

**SO ORDERED.**

**Dated: February 7, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**